

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – Phone
(212) 490-6070 - Fax

**Lennon Murphy & Phillips**
ATTORNEYS AT LAW

1599 Post Road East
Westport, CT 06880
(203) 256-8600 – Phone
(203) 255-5700 - Phone
(203) 256-8615 – Fax
(203) 255-5702 - Fax

**MEMO ENDORSED**

January 22, 2020

*Filed Via ECF*
*Courtesy Copy via fax 212-805-0426*
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-2020
```

**Re:   Integr8 Fuels Inc. v. Daelim Corp.**
   Case No.   17 Civ. 2191 (LTS)
   Our ref.:   3221

Dear Judge Swain,

We are attorneys for the Plaintiff, Integr8 Fuels, Inc. ("Integr8"), in the above-referenced action. We write jointly and with the consent of counsel for the Defendant, Daelim Corp. ("Daelim"), to request a further adjournment of the Pre-Trial Conference which is currently set for Friday, January 24, 2020 and that it be rescheduled for a date in June 2020.

There is good cause to grant this request. There remains pending at this time an underlying arbitration proceeding between the parties that is pending before the Society of Maritime Arbitrators of New York which will very likely affect this action. The hearings in the arbitration are closed and the arbitrators commenced deliberations. In December, however, the chairman of the arbitration panel suddenly resigned due to a conflict created when the company of which he is a managing director became involved in a contractual dispute with one of the parties to this case. A replacement chairman was appointed in late December. The replacement chairman has been provided with the arbitral submissions and it is anticipated that the arbitrators will continue their deliberations through February. The arbitrators are then expected to render a final award within the succeeding 120 days. If a final award is rendered sooner, the Parties will notify the Court.

This is the parties' fifteenth request for an extension of time. The Joint Preliminary Pre-Trial Statement was filed on September 15, 2017 (ECF Doc. 36).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Patrick F. Lennon

PFL/bhs

cc: Tisdale Law Offices, LLC
10 Spruce Street
Southport, CT 06890
Attn: Thomas L. Tisdale, Esq.

The conference is adjourned to June 26, 2020, at 10:30 AM.

SO ORDERED:

_____ 1/22/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE