

**TISDALE**
**LAW OFFICES, LLC**

*New York, NY · Southport, CT*

200 PARK AVENUE, SUITE 1700
NEW YORK, NY 10166
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

June 16, 2020

<u>*Via ECF*</u>
Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

<u>**MEMO ENDORSED**</u>

Re:   **Integr8 Fuels Inc. v. Daelim Corporation**
       **Docket Number: 17-CV-2191 (LTS) (DCF)**
       **TLO File No.: 2673**

Honorable Madam:

We are attorneys for the Defendant in the above captioned matter.  We are writing to respectfully request that the Pretrial Conference scheduled in the above captioned matter for Friday, June 26, 2020 at 10:30 a.m. be adjourned for 30 days.

As Your Honor will recall, the parties have been engaged in arbitration of the disputes in this matter.  The arbitration Chairperson has recently advised that a Final Award will be issued within the next two weeks, all going well.  It is upon this basis that we respectfully request that the Pretrial Conference be adjourned for 30 days so that the parties have the opportunity to review the Award and determine what, if any, further assistance from the Court is required.

We appreciate Your Honor's indulgence in this request.

Respectfully,

Thomas L. Tisdale

The conference is adjourned to July 24, 2020,
at 11:30 a.m.  DE#66 resolved.
SO ORDERED.
6/18/2020
/s/ Laura Taylor Swain, USDJ

mt
       <u>*Via ECF*</u>
cc:    Patrick Lennon