200 PARK AVENUE, SUITE 1700
NEW YORK, NY 10166
212-354-0025
FAX: 212-869-0067

TL@TISDALE-LAW.COM

**TISDALE LAW OFFICES, LLC**

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
203-254-8474
FAX: 203-254-1641

WWW.TISDALE-LAW.COM

July 15, 2020

*Via ECF*
Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Integr8 Fuels Inc. v. Daelim Corporation
       Docket Number: 17-CV-2191 (LTS) (DCF)
       TLO File No.: 2673

Honorable Madam:

We are attorneys for the Defendant in the above captioned matter. We are writing with the consent of all counsel to respectfully that the Pretrial Conference scheduled for July 24, 2020 at 11:30 a.m. in the above captioned matter be adjourned for 30 days.

As Your Honor will no doubt recall, the parties have been arbitrating this dispute. The arbitration Panel issued a Partial Final Award on July 13, 2020. Counsel have not had an opportunity to fully digest the Award or to discuss it with their respective clients in order to determine what if any further assistance from this Court may be required. Upon this basis, we respectfully request an additional 30-day extension.

We appreciate Your Honor's continued indulgence in this request.

Respectfully,

Thomas L. Tisdale

The conference is adjourned to September 11, 2020, at 3:00 p.m.  DE#68 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ 7/17/2020

mt

cc:   *Via ECF*
       Patrick Lennon