UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

INTEGR8 FUELS INC.

                          Plaintiff(s),                  No. 17CV2191-LTS-DCF

      -v-

DAELIM CORPORATION

                          Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the initial pretrial conference scheduled for November 20, 2020, is rescheduled to **January 22, 2021, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        November 5, 2020

                                                    /s/  Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge